## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS"
## """""""""""DIVISION

**PLAINTIFF**

**VS.**               **CASE NO.**

**DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to

provisionally approve Applications to Proceed In District Court Without Prepaying Fees

or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file

the Complaint.  Therefore, the Application is hereby granted.

IT IS SO ORDERED this _____ day of _____, 20____.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
                Deputy Clerk